UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| COWABUNGA, INC. et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | Case No. CV415-230 |
| CHADWICK HINES, | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Michael P. Elkon of the law firm of Fisher & Phillips, LLP, 1075 Peachtree Street, N.E., Suite 3500, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiffs Cowabunga, Inc. et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael P. Elkon, as counsel of record for plaintiffs Cowabunga, Inc. et al., in this case.

**SO ORDERED** this __26th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA