UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH   DIVISION

| | |
|---|---|
| COWABUNGA, INC. and<br>COWBUNGA THREE, INC.,<br><br>Plaintiffs,<br>v.<br><br>CHADWICK HINES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No.  CV415-230<br>)<br>)<br>)<br>) |

## ORDER

The Court having reviewed and considered the petitions of J. Hagood Tighe and Matthew R. Korn of the law firm of Fisher & Phillips LLP, 1320 Main Street, Suite 750, Columbia, South Carolina 29201, for permission to appear pro hac vice on behalf of plaintiffs Cowabunga, Inc. and Cowabunga Three, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter J. Hagood Tighe and Matthew R. Korn as counsel of record for plaintiffs Cowabunga, Inc. and Cowabunga Three, Inc., in this case.

**SO ORDERED** this __29th__ day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA