UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COWABUNGA, INC. and<br>COWBUNGA THREE, INC.,<br><br>    Plaintiffs,<br>v.<br><br>CHADWICK HINES,<br><br>    Defendant. | Case No. CV415-230 |

## ORDER

The Court having reviewed and considered the petition of Mark A. Potashnick of the law firm of Weinhaus & Potashnick, 11500 Olive Boulevard, Suite 133, St. Louis, Missouri 63141, for permission to appear pro hac vice on behalf of defendant Chadwick Hines, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Mark A. Potashnick as counsel of record for defendant Chadwick Hines, in this case.

**SO ORDERED** this __23rd__ day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA