# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| COWABUNGA, INC. and<br>COWABUNGA THREE, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV415-230 |
| CHADWICK HINES, | ) ) | |
| Defendant. | ) | |

## ORDER

In this declaratory judgment action,[1] both parties request that the Court stay all discovery until it rules on two pending dispositive motions (defendant's motion to dismiss (doc. 12) and the parties' cross-motions for summary judgment (docs. 8 & 14)). *See* doc. 31 (Fed. R. Civ. P. 26(f) report). Because that future ruling could well moot any need for discovery (at least in this Court), the Court **STAYS** all discovery deadlines, including those for Rule 26(a)(1) disclosures. If the district

---

[1] Plaintiffs seek two declarations: (1) that the Court, not an arbitrator, must decide whether class arbitration is available pursuant to arbitration agreements in defendant's employment contract with plaintiffs (plaintiffs also want an injunction barring the arbitrator in ongoing arbitration proceedings from ruling on that issue); and (2) that the arbitration agreement prohibits defendant from pursuing class relief. Doc. 1 at 6-7.

judge later denies all pending motions (and thus this case remains in this Court), the parties shall file a proposed discovery plan within 14 days of the date that denial order is served.

**SO ORDERED**, this 4Th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA